IN RE APPLICATION OF CURETON.

[Cite as *In re Application of Cureton* (1999), 87 Ohio St.3d 53.]

(No. 99–506—Submitted May 18, 1999—Decided October 6, 1999.)

54

*Mary Ann Kovach,* for Medina County Bar Association.

*Erin M. Cureton, pro se.*

**Per Curiam.** Having reviewed the record, we adopt the findings, conclusion, and recommendation of the board. Applicant is hereby permitted to take the July 2000 bar examination if he submits a new application to register as a candidate for admission to the bar, files a new application to take the bar examination, and satisfactorily completes a character and fitness examination.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

**LUNDBERG STRATTON, J., dissenting.** I dissent. The applicant cannot demonstrate he has the requisite fitness or moral character to uphold the high ethical standards required of this worthy profession. Therefore, I would deny applicant's request to take the bar examination and not permit him to reapply.

COOK, J., concurs in the foregoing dissenting opinion.